**UNITED STATES BANKRUPTCY COURT**
FOR THE DISTRICT OF COLORADO

**IN RE:**
Aaron Smith
Elysia Smith

**Bankruptcy 10-35109-ABC**
**Chapter 13**

**Debtors**

---

NOTICE OF FILING OF CHAPTER 13 PLAN, HEARING ON CONFIRMATION OF PLAN AND CONFIRMATION/OBJECTION DEADLINES

---

**OBJECTION DEADLINE: January 22, 2011.**

YOU ARE HEREBY NOTIFIED that the debtor filed an amended chapter 13 plan on December 20, 2010, docket number 19. A copy of the amended chapter 13 plan is attached.

If you wish to oppose confirmation of the amended chapter 13 plan you must file with the court a written objection and request for a hearing on or before the objection deadline stated above, and serve a copy thereof on the undersigned attorney. Pursuant to L.B.R. 3015-1, objections must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless otherwise ordered, previously filed objections to any prior chapter 13 plan are deemed moot and new objections must be timely filed addressing this amended plan.

If no objections are filed, the amended plan may be confirmed without a hearing, upon the debtor's filing of a Verification of Confirmable Plan pursuant to L.B.R. 3015-1. If objections are filed, the matter will be set for a hearing upon the filing of a Certificate and Motion to Determine Notice in substantial conformity with L.B. Form 3015-1.5.

Dated: 12-20-2010

By: /s/ Anthony R Cross
Anthony R Cross
The Cross law firm
Attorney for the Debtors
416 Colorado Ave
(719) 542-2007
(719) 471-9100 Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan filed on **December 22, 2010**, docket no.19, and the Notice of Filing Amended Chapter 13 Plan and Deadline for Filing Objections Thereto were served by placing the same in the United States Mail, first class postage pre-paid, this **December 22 2010** to the following:

Academy Bank, N.A.
Douglas M. Neeb, Esq
1111 Main St., Ste. 1600
Kansas City, MO 64105

Advantage Network System
P O Box 1877
Pueblo, CO 81002

Affiliated Credit Service
830 Platte Avenue, Suite A
P.O. Box 58
Fort Morgan, CO 80701

Agency Of Credit Control
2014 S Pontiac Way
Denver, CO 80224

All State Insurance
P.O. Box 59838
Schaumberg, IL 60159

Alltell Communications
1 Allied Drive, Bldg 5, 3rd Floor
Little Rock, AR 72202-2013

American Family Insurance
4019 Jerry Murphy Road
Pueblo, CO 81001

AMO Recoveries
5655 Peachtree Parkway, Suite 213
Norcross, GA 30092

Anesthesia Pain Management
1218 N. Main Street
Pueblo, CO 81003

Arkansas Valley Regional Medical Center
1100 Carson Ave
La Junta, CO 81050

Ashakiran J Sunku
1600 N Grand Ave Ste 110
Pueblo, CO 81003

B M G Music Service
P O Box 91501
Indianapolis, IN 46291

BC Services, Inc.
451 21st Street
Longmont, CO 80501

Bennet Brothers Motors
613 E. 4th Street
Pueblo, CO 81001

CBE Group Inc.
131 Tower Park Drive, Ste 100
P.O. Box 900
Waterloo, IA 50704-0900

CCS Collection Disputes
2 Wells Avenue
Newton, MA 02459-3208

Centura Health
P O Box 7021
Colorado Springs, CO 80933

Check Into Cash
1743 S. Pueblo Blvd
Pueblo, CO 81005

Children's Clinic Of Pueblo PC
P.O. Box 566
Pueblo, CO 81002

Children's Hospital
1056 E. 19th Avenue
Denver, CO 80218

DaimlerChrysler Financial Services Americas
c/o Law Office of Wyn T Taylor
1819 Denver West Drive, Suite 225
Lakewood, CO 80401

CMI
4200 International
Carrolton, TX 75007

Collection Reports
P O Box 1180
Grand Junction, CO 81502

CenturyTel of Eagle, Inc.
dba CenturyLink
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA 70806-5720

Colorado Department Of Revenue
1375 Sherman Street
Denver, CO 80261-0004

Colorado Housing
1981 Blake Street Thority
Denver, CO 80202-5943

Colorado Tech University
1025 W 16th
Pueblo, CO 81003

Columbia House
P O Box 91601
Indianapolis, IN 46291-0601

Comcast
807 N. Greenwood
Pueblo, CO 81003

Credit Acceptance
P.O. Box 511888
Detroit, MI 48255

Credit Acceptance
25505 W 12 Mile Rd Ste 3000
Southfield MI 48034

Credit Management Systems
3617 Betty Drive, Ste J
Colorado Springs, CO 80917

Credit Management Systems
9525 Sweet Valley Drive
Valley View, OH 44125

Credit Service Company, INC.
25 N. Tejon Street, Suite B100
Colorado Springs, CO 80903

Credit Service Of Morgan
P.O. Box 58
Fort Morgan, CO 80701

Dona Ana Collection Inc
225 E Idaho Avenue, #20
P O Box 1715
Las Cruces, NM 88004

E R Solutions
P O Box 9004
Renton, WA 98057-9004

EZ Money Payday Loan
1506 W. 4th Street, Unit 13
Pueblo, CO 81004

Family Eye Center
712 Fortino Blvd
Pueblo, CO 81008

Fowler School District R4j
P.O.Box 218
Fowler, CO 81039

Genral Revenue Systems
11501 Northlake Dr
Cincinatti, OH 45249

I.C. System
P.O. Box 64437
444 Highway 96 East.
St. Paul, MN 55164-0437

John Wells
345 Hoover Rd
Vincent, OH 45784

Joseph L Collins M.D.
205 W. Boutz Rd.
Las Cruces, NM 88005-3259

Kays Sterling Inc.
375 Ghent Road
Fairlawn, OH 44333-4601

Kinder Morgan Inc.
P O Box 659563
San Antonio, TX 88265

Lab Corporation Of America Holdings
P O Box 2240
Burlington, NC 27216

LabCorp
P O Box 2240
Burlington, NC 27215-2240

Law Office Of Wyn T Taylor
1819 Denver West Drive, Suite 225
Lakewood, CO 80401

Local Motors
1405 N Sante Fe Ave
Puebloo, CO 81005

Ltd
7322 Othwest Freeway Ste 1600
Houston, TX 77074

Mark Time Music
2318 Jones Ave
Pueblo, CO 81004

Marquette Financial
3405 Annapolis Lane North Ste 100
Plymoth, MN 55447

Memorial Hospital
P O Box 460
Colorado Springs, CO 80901

Mountain Radiology
P O Box 2010
Glenwood Springs, CO 81602

Ms. Paycheck Inc
c/o Mark A. Leachman, P.C.
PO Box 270553
Louisvile, CO 80027

Nation Collections, Inc.
805 Virginia Avenue, Suite 1
Fort Pierce, FL 34982-5881

NCO Financial Systems, Inc.
P O Box 41466
Philadelphia, PA 19101-1466

NCO Financial Systems, Inc.
507 Purdential Road
Horsham, PA 19044

Nelnet on behalf of COAC
College Access Network
1560 Broadway Suite 1700
Denver CO 80202

Norwest Auto Sales
330 N Circle
Colorado Springs, CO 80909

Open MRI
P.O. Box 566
Pueblo, CO 81002

Option One Mortgage Corporation
6501 Irvine Center Drive
Irvine, CA 92618-2118

Park West Imaging PC
1619 N Greenwood, Suite 103
Pueblo, CO 81003

Parkview Medical Center
400 W. 16th St.
Pueblo, CO 81003

Public Service Credit Union
7055 E. Evans Avenue
Denver, CO 80224-2403

Pueblo Pathology Group P C
1304 N Grand Ave, Ste 220
Pueblo, CO 81003

Pueblo Radiological Group PC
124 W Pitkin Avenue
Pueblo, CO 81004

Revenue Enterprises, LLC.
P O Box 441368
Aurora, CO 80044

San Isabel Electric
P. O. Box 892
Pueblo, CO 81002-0892

Sheridan Healthcare Of Colorado
P O Box 452469
Sunrise, FL 33345

So Colorado Radiologist P C
P O Box 11512
Pueblo, CO 81001

Source Gas
P.O. Box 660474
Dallas, TX 75266

Southern Colorado Clinic PC
P.O. Box 9000
Pueblo, CO 81008

Southern Colorado Emergency Specialists
445-C Cheyenne Mtn Blvd, PMB406
Colorado Springs, CO 80906

Specialized Loan Service
8742 Lucent Blvd, Suite 300
Highlands, CO 80129-2386

The Advantage Group
Advantage Network Systems
P.O. BOX 1877
Pueblo, CO 81002

The Pueblo Chieftain
P.O.Box 4040
Pueblo, CO 81003

Town Of Fowler
200 Main Street
Fowler, CO 81039

TX Collection
2101 W. Ben White Blvd
Austin, TX 78704-7516

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145-1142

University Physicians Inc.
P.O. Box 1059
13611 E. Colfax Avenue,
Denver, CO 80256

Urololgy Consultants Pc

4100 Jerry Murphy Road
Pueblo, CO 81001

Valley Credit
412 Santa Fe Ave
La Junta, CO 81050

Verizon Wireless
P O Box 660108
Dallas, TX 75266

Wakefield & Associates, Inc.
PO Box 58
Ft. Morgan, CO 80701

First Investors Servicing Corporation
380 Interstate North Parkway STE 400
Atlanta, GA 30339

B-Real, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221
Santander Consumer USA
8585 N. Stemmons Fwy
Ste 1100-N
Dallas, TX 75247

San Isabel Electric
893 E. Enterprise Dr
Pueblo West, CO 81007

Agency Of Credit Control
2014 S Pontiac Way
Denver, CO 80224

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Mark Time Music
2318 Jones Ave
Pueblo, CO 81004

Phillip R Sauer
P.O. Box 59838
Schlaumberg, IL 60159

Xcel Energy
P.O. BOX 840
Denver, CO 80201

**Sally Zeman**
Chapter 13 Trustee PO Box 1169
Denver, CO 80201

Palisades Collections, LLC
Vativ Recovery Solutions LLC
As Agent For Palisades Collections, LLC
PO Box 19249
Sugar Land TX 77496

s/ Andy Williams
Legal Assistant